**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08 CV 547**

| | | |
|---|---|---|
| SONOPRESS, L.L.C., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| KCD IP, LLC d/b/a CRAFTSMAN SEARS | ) | |
| BRANDS, LLC, SEARS HOLDINGS | ) | |
| CORPORATION (incorrectly identified | ) | |
| in the complaint as "Sears Holding | ) | |
| Corporation"), SEARS, ROEBUCK and | ) | |
| CO., and ALERT STAMPING AND | ) | |
| MANUFACTURING CO., INC., | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* of Christopher W. Haden. It appearing that Christopher W. Haden is a member in good standing with the Kentucky Bar and will be appearing with Wyatt S. Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* (#32) of Christopher W. Haden is **GRANTED**, and that Christopher W. Haden is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt S. Stevens.

Signed: March 17, 2009

Dennis L. Howell
United States Magistrate Judge